UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP, :
Plaintiff, :
v. :
DUBOIS MARINE SPECIALTIES, :
A/K/A DUBOIS MOTOR SPORTS :
Defendant. :

05 321

C.A. No. 05-

## COMPLAINT

## PARTIES

1. American Biophysics Corp. ("ABC") is a Delaware corporation with its principal place of business in the Town of North Kingstown, County of Washington, State of Rhode Island.

2. Upon information and belief, Defendant Dubois Marine Specialties a/k/a Dubois Motor Sports ("Dubois") is a corporation organized and existing under the laws of the Nation of Canada with its principal place of business at 8184 Henderson Highway, Box 5, Group 314, RR#, Selkirk, MB R1A2A8, Canada.

## JURISDICTION

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (a)(2) in that it is between a citizen of a state and a citizen of a foreign state, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Dubois has also specifically consented to jurisdiction within this District.

## VENUE

4. Venue is proper in this Court pursuant to 28 U.S.C. 1391 (a) (2) and (3) in that a substantial part of the events giving rise to the claims hereinafter set forth occurred in this District, and, in that Dubois has specifically consented to venue in this District.

## FACTS COMMON TO ALL COUNTS

5. ABC is a manufacturer of insect mitigation systems, with customers throughout the world.

6. ABC and Dubois entered into a Non-Exclusive Distributorship Agreement dated as of February 19, 2002, a copy of which is attached hereto as Exhibit 1 (the "Contract").

7. Pursuant to the Contract, among other things: (a) ABC agreed to sell and Dubois agreed to buy insect mitigation systems, (b) Dubois agreed to pay interest at eighteen percent (18%) on overdue amounts and (c) Dubois agreed to the application of Rhode Island law (excluding conflict of laws) and the exclusive jurisdiction of the Courts of the State of Rhode Island and the Federal Courts resident therein to resolve all disputes arising from the Contract.

## COUNT I

## Breach of Contract

8. ABC hereby realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 7 of this Complaint as if fully set forth herein.

9. Pursuant to the terms of the Contract, ABC sold and delivered goods to Dubois.

10. In breach of the Contract, Dubois has repudiated the Contract and has refused and continues to refuse to pay to ABC the consideration for such goods.

11. As a direct and proximate result of Dubois' failure to pay as agreed in breach of Contract, ABC has been greatly damaged.

WHEREFORE, ABC demands judgment against Dubois in the amount of $513,985.94, plus interest under the Contract as of the date of this Complaint in the amount of $96,512.75, plus accruing interest at the rate of $298.42 per day, for a total of $610, 498.69, plus all other statutory interest, costs and reasonable attorneys' fees pursuant to Rhode Island General Laws §9-1-45.

**COUNT II**
**Book Account**

12. ABC hereby realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. Dubois is indebted to ABC on book account in the amount of $610,498.69 per the account attached as Exhibit 2.

WHEREFORE, ABC demands judgment against Dubois in the amount of $610,498.69, plus interest at the rate of $298.42 per day, plus all other statutory

interest, costs and reasonable attorneys' fees pursuant to Rhode Island General Laws §9-1-45.

**COUNT III**
**Indebtedness for Goods Sold and Delivered**

14. ABC hereby realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 13 of this Complaint as if fully set forth herein.

15. Dubois is indebted to ABC in the amount of $610,498.69 for goods sold and delivery tendered per the account attached as Exhibit 2.

WHEREFORE, ABC demands judgment against Dubois in the amount of $610,498.69, plus interest at the rate of $298.42 per day, plus all other statutory interest, costs and reasonable attorneys' fees pursuant to Rhode Island General Laws §9-1-45.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff ABC prays that this Honorable Court:

A. Award ABC compensatory damages plus costs, interest and attorneys' fees pursuant to *Rhode Island General Laws* § 9-1-45; and

B. Grant ABC such other and further relief as this Honorable Court shall deem meet and just.

AMERICAN BIOPHYSICS CORP.

By its Attorneys,

Justin T. Shay (#2781)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700/FAX (401) 331-5787

Dated: July 22, 2005

G:\tsq\americanbio\DuBois\pldgs\complaint.doc