# AMERICAN BIOPHYSICS CORP

Date: 30-Jun-05
Customer Name: DUBOIS MOTOR SPORTS
AMOUNT DUE WITH INTEREST

| Transaction Date | Due Date | Number | PO Number | Transaction Type | Term | Memo | Original | Balance Due | Days Late | ANNUAL INTEREST RATE | MONTHS | INTEREST PER MONTH % | INTEREST PER MONTH $ | TOTAL INTEREST CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Apr-04 | 07-May-04 | 306431 | 4052004 | OM Inv | 30 NET | MPL.16-DEC-2004 | 3,255.45 | 549.60 | 418 | 18% | 13.74 | 1.5% | $ 8.24 | 113.29 | 662.89 |
| 20-Apr-04 | 20-May-04 | 308932 | 4052004 | OM Inv | 30 NET | MPL.16-DEC-2004 | 549.30 | 549.30 | 405 | 18% | 13.32 | 1.5% | $ 8.24 | 109.71 | 1,321.90 |
| 21-Apr-04 | 21-May-04 | 309294 | 4052004 | OM Inv | 30 NET | MPL.16-DEC-2004 | 929.70 | 929.70 | 404 | 18% | 13.28 | 1.5% | $ 13.95 | 185.23 | 2,436.83 |
| 05-May-04 | 04-Jun-04 | 314603 | 4052004 | OM Inv | 30 NET | MPL.16-DEC-2004 | 1,071.20 | 1,071.20 | 390 | 18% | 12.82 | 1.5% | $ 16.07 | 206.02 | 3,714.05 |
| 27-May-04 | 26-Jun-04 | 326192 | 961832 | OM Inv | 30 NET | MSC.21-JUN-2004 | 26.70 | 26.70 | 368 | 18% | 12.10 | 1.5% | $ 0.40 | 4.85 | 3,745.60 |
| 22-Jun-04 | 22-Jul-04 | 345507 | | OM Inv | 30 NET | . | 25.44 | 25.44 | 342 | 18% | 11.24 | 1.5% | $ 0.38 | 4.29 | 3,775.33 |
| 23-Jun-04 | 23-Jul-04 | 346604 | | OM Inv | 30 NET | . | 3,186.00 | 3,186.00 | 341 | 18% | 11.21 | 1.5% | $ 47.79 | 535.77 | 7,497.10 |
| 23-Jun-04 | 23-Jul-04 | 346911 | 1trk | OM Inv | 30 NET | PTPY.07-OCT-2004 | 190,500.00 | 177,540.00 | 341 | 18% | 11.21 | 1.5% | $ 2,663.10 | 29,855.90 | 214,893.00 |
| 29-Jun-04 | 29-Jul-04 | 354453 | | OM Inv | 30 NET | . | 154,194.00 | 154,194.00 | 335 | 18% | 11.01 | 1.5% | $ 2,312.91 | 25,473.69 | 394,560.70 |
| 29-Jun-04 | 29-Jul-04 | 354480 | 2trk | OM Inv | 30 NET | . | 2,484.00 | 2,484.00 | 335 | 18% | 11.01 | 1.5% | $ 37.26 | 410.37 | 397,455.07 |
| 30-Jun-04 | 30-Jul-04 | 355299 | 2trk | OM Inv | 30 NET | . | 197,700.00 | 197,700.00 | 334 | 18% | 10.98 | 1.5% | $ 2,965.50 | 32,563.63 | 627,718.70 |
| 30-Jun-04 | 30-Jul-04 | 355305 | | OM Inv | 30 NET- | . | 143,370.00 | 143,370.00 | 334 | 18% | 10.98 | 1.5% | $ 2,150.55 | 23,614.81 | 794,703.50 |
| 02-Jul-04 | 01-Aug-04 | 357874 | 2trk | OM Inv | 30 NET | . | 6,960.00 | 6,960.00 | 332 | 18% | 10.92 | 1.5% | $ 104.40 | 1,139.53 | 802,803.04 |
| 04-Oct-04 | 04-Oct-04 | 394331 | | OM Cr | | . | (174,600.00) | (174,600.00) | 268 | 18% | 8.81 | 1.5% | $ (2,619.00) | (23,075.90) | 605,127.13 |