AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

American Biophysics Corp.

V.

Dubois Marine Specialties, a/k/a
Dubois Motor Sports

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 321 T

TO: (Name and address of Defendant)

Dubois Marine Specialties, a/k/a
Dubois Motor Sports
8184 Henderson Highway
Box 5
Group 314
RR3, Selkirk, MB R1A2A8, Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Justin T. Shay (#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

7-22-05
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 29, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Ross McCorriston | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DuBois Motor Sports 8184 Henderson Hwy. Winnipeg, Manitoba

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 110 Kms | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 29, 2005 — Date — Ross McCorriston — *Signature of Server*

302-3271 Pembina Hwy Winnipeg MB.
*Address of Server*

The above named Ross McCorriston appeared before me and verified the signature to be his.

AUG 04 2005

A NOTARY PUBLIC
IN AND FOR THE PROVINCE OF MANITOBA

Randolph A Bennell
Barrister & Solicitor
304 - 2265 Pembina Hwy.
Winnipeg, Manitoba
R3T 5J3

FILED
2005 AUG 15 P 3:40
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.