UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP.

v. No. 05-321T

DUBOIS MARINE SPECIALTIES

RECEIVED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION

By agreement of the parties, Defendant shall have through and including September 20, 2005 to respond to the Complaint.

FOR PLAINTIFF:

JUSTIN T. SHAY
JOSEPH A. ANESTA
CAMERON & MITTLEMAN
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787 (fax)

FOR DEFENDANT:

DAVID J. STRACHMAN #4404
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 8/30/05