RECEIVED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP.

v. No. 05-321T

DUBOIS MARINE SPECIALTIES

STIPULATION

By agreement of the parties, Defendant shall have through and including September 27, 2005 to respond to the Complaint.

FOR PLAINTIFF:

JUSTIN T. SHAY
JOSEPH A. ANESTA
CAMERON & MITTLEMAN
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787 (fax)

FOR DEFENDANT:

DAVID J. STRACHMAN #4404
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 9/23/05