UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP.

v. No. 05-321T

DUBOIS MARINE SPECIALTIES

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Plaintiffs move to exceed the five page limitation on exhibits to their Memorandum in Support of Defendant's Motion to Dismiss.

The following exhibits should greatly assist the Court in reviewing this matter.

A. American BioPhysics Corporation Company Profile

B. Affidavit of John Dubois

C. American BioPhysics Corporation and Dubois Marine Specialties Distributorship Agreement – February 19, 2002

D. Manitoba Queen's Bench Rules

E. The *Reciprocal Enforcement of Judgments Act,* R.S.M.1987 c. J-20

F. *Enforcement of Judgments Conventions Act,* C.C.S.M c. E117

G. United Nations Convention for the International Sale of Goods

H. United Nations Convention for the International Sale of Goods - Ratifying Agreement C.C.S.M. c. S11 – The International Sale of Goods Act

Dubois Marine Specialties
by its attorneys,
McIntyre, Tate, Lynch & Holt

_______________________________
David J. Strachman #4404
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 27 day of September, 2005, I mailed a true copy of the within to:

Justin T. Shay, Esquire
Joseph A. Anesta, Esquire
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

_______________________________