UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP.

v. CA No. 05-321-T

DUBOIS MARINE SPECIALTIES

**ORDER**

The defendant's Motion to Exceed Page Limit for Exhibits is granted with respect to the affidavit of John Dubois and is granted with respect to those portions of the United Nations Convention for the International Sale of Goods and Ratifying Agreement (items G & H) that are relevant to this dispute.

The motion is denied with respect to the Distributorship Agreement (item C) which already is attached to the complaint and is denied with respect to all other items on the ground that the defendant has failed to explain how they are relevant to the issues raised by the Motion to Dismiss and has failed to state the length of such documents.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 10-5, 2005