RECEIVED
MAR 07 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP., :
Plaintiff :
:
v. : C.A. No. 05-321T
:
DUBOIS MARINE SPECIALTIES, :
Defendant. :

# STIPULATION

It is hereby agreed by and between the parties that Plaintiff, American Biophysics Corp., shall have up to and including Friday, March 17, 2006, within which to serve and file its reply to the Counterclaim of Defendant, Dubois Marine Specialties.

AMERICAN BIOPHYSICS CORP.

By Its Attorneys,

Justin T. Shay (#2781)
~~Charles S. Beal~~ (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: March 7, 2006

DUBOIS MARINE SPECIALTIES

By Its Attorneys,

David J. Strachmann (#4404)
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903
Tel. (401) 351-7700
Fax (401) 331-6095
Date: March 7, 2006

ENTER:
Ernest C. Torres
Chief U.S. District Judge

DATE:

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903

G:\cmc\AmericanBio\Dubois\pldgs\stipulation.doc