UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP. )
*Plaintiff* )
)
vs ) File No: 05-321 T
)
DUBOIS MARINE SPECIALTIES )
*Defendant* )

**REQUEST FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE**

Now comes the Defendant, Dubois Marine Specialties, and hereby requests this Honorable Court for a continuance by thirty (30) days of the mandatory settlement conference to **June 16, 2006**. For grounds, Defendant avers that the corporation has retained an accounting firm to assist in the quantification of damages relating to injury to the Defendant corporation resulting from the failure of Plaintiff's product to last as represented as well as to quantify further damages relating to Plaintiff's breach of warranty, etc. The accountant is in the middle of its tax season, Defendant, which is a family owned corporation, is in the middle of its busiest season and geographic distance all create logistical problems that will frustrate the completion of a calculation of damages report by the May 17, 2006 hearing date.

Accordingly, Defendant hereby requests thirty (30) additional days or until June 16, 2006 in order to provide a meaningful calculation of damages with respect to said hearing.

Respectfully submitted,
Defendant,
DUBOIS MARINE SPECIALTIES
By its Attorneys,

David J. Strachman, Esquire
Robert S. Parker, Esquire
*McIntyre, Tate, Lynch & Holt, LLP*
321 South Main Street, Suite 400
Providence, Rhode Island 02903
(401) 351-7700
Fax: (401) 331-6095

**CERTIFICATION**

I hereby certify that on the 7th day of April, 2006, I mailed a true copy of the within to:

Justin T. Shay, Esquire
Joseph A. Anesta, Esquire
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Murdoch MacKay
Duboff Edwards Haight & Schachter
1900 – 155 Carlton Street
Winnipeg, Manitoba
Canada R3C 3H8

Patricia B. Stanton