UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES, Defendant | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE**

Now comes the Plaintiff, American Biophysics Corp. ("Plaintiff"), and objects to Defendant, Dubois Marine Specialties' ("Defendant") Request for Continuance of Mandatory Settlement Conference scheduled for May 17, 2006. As grounds therefor, Plaintiff states that, as this is a settlement conference, there is no need for presentation of precise calculations of damage. The settlement conference serves to determine whether there is any common ground for pursuing productive settlement discussions. Plaintiff's counsel is mindful from numerous other proceedings that this Court and Judge Lovegreen have always been accommodating with respect to convening further settlement conferences should the prospects prove positive. Should it appear that the calculations are indispensable to a settlement, a further settlement conference may be scheduled. In the meantime, as the Court and Judge Lovegreen have already reserved time and space on May 17th, it would be most expedient to proceed with the scheduled conference to determine the relative positions of the parties.

As for this being Defendant's busiest season, it is submitted that the attendance by one individual with settlement authority, for one day, will not unduly disrupt or undermine Defendant's business. In the alternative, a representative could attend the conference via telephone or other alternate means if the Court will allow.

WHEREFORE, Plaintiff respectfully requests that the Mandatory Settlement Conference proceed as scheduled with further dates being scheduled, if necessary.

AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: April 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

David J. Strachman, Esq.
Robert S. Parker, Esq.
McIntyre, Tate, Lynch & Holt, LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903

G:\cmc\AmericanBio\Dubois\pldgs\objection2.doc