UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP.,
Plaintiff

v. C.A. No. 05-321T

DUBOIS MARINE SPECIALTIES,
Defendant.

RECEIVED
MAY 23 2006
District of Rhode Island

**STIPULATION**

It is hereby agreed by and between the parties that Plaintiff, American Biophysics Corp., shall have up to and including June 15, 2006, within which to respond to the Interrogatories and First Request for Production propounded to it by Defendant/Counterclaim Plaintiff, Dubois Marine Specialties, on April 14, 2006.

AMERICAN BIOPHYSICS CORP.

By Its Attorneys,

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: May 22, 2006

DUBOIS MARINE SPECIALTIES

By Its Attorneys,

Robert S Parker

Robert S. Parker (# 3152 )
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903
Tel. (401) 351-7700
Fax (401) 331-6095
Date: May 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903

G:\cmc\AmericanBio\Dubois\pldgs\stipulation2.doc