RECEIVED
JUN 23 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP., Plaintiff :
v. : C.A. No. 05-321T
DUBOIS MARINE SPECIALTIES, Defendant. :

## STIPULATION

It is hereby agreed by and between the parties that:

1. Plaintiff, American Biophysics Corp. ("Plaintiff"), shall have up to and including July 15, 2006, within which to respond to the Interrogatories and First Request for Production propounded to it by Defendant/Counterclaim Plaintiff, Dubois Marine Specialties ("Defendant"), on April 14, 2006.

2. Defendant shall have up to and including July 15, 2006, within which to respond to the Interrogatories, Request for Production and Request for Admissions propounded to it by Plaintiff on May 18, 2006.

AMERICAN BIOPHYSICS CORP.

By Its Attorneys,

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: June 22, 2006

DUBOIS MARINE SPECIALTIES

By Its Attorneys,

Robert S. Parker (#3152)
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903
Tel. (401) 351-7700
Fax (401) 331-6095
Date: June 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22[nd] day of June, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Robert S. Parker, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903

G:\cmc\AmericanBio\Dubois\pldgs\stipulation4.doc