UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP. *Plaintiff* | ) | |
| vs | ) | Case No: 05-321T |
| DUBOIS MARINE SPECIALTIES *Defendant* | ) | |

**AFFIDAVIT OF NON-MILITARY SERVICE**

I, Robert S. Parker, being first duly sworn on oath depose and say:

I know of my own knowledge and therefore aver that the Defendant, Dubois Marine Specialties is not now a member of any branch of the Armed Services of the United State of America, or its allies, nor was it as the commencement of this action a member of any branch of the Armed Services of the United States of America, or its allies now is it an infant or otherwise incompetent.

I am further advised and believe, and therefore aver, that the Defendant corporation is currently located at 8184 Henderson Highway North, Box 5, Group 314, R.R. #3, Selkirk, Manitoba, Canada.

Robert S. Parker

SUBSCRIBED and sworn to before me under the pains and penalties of perjury in Providence, Rhode Island on this 26th day of July, 2006.

Notary Public
My Commission Expires: 5/10/09

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within *Motion to Withdraw* was sent by regular mail, postage prepaid on this 26th day of July, 2006, to:

Justin T. Shay, Esquire
Joseph A. Anesta, Esquire
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Murdoch MacKay
Duboff Edwards Haight & Schachter
1900 – 155 Carlton Street
Winnipeg, Manitoba
Canada R3C 3H8

**By regular mail & certified mail/return receipt requested to:**

John Dubois
Dubois Marine Specialties
8184 Henderson Highway North
Box 5, Group 314, R.R. #3
Selkirk, Manitoba
Canada R1A 2A8

Patricia B. Johnston