UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

FILED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP. *Plaintiff* | ) | |
| | ) | |
| vs | ) | Case No: 05-321T |
| | ) | |
| DUBOIS MARINE SPECIALTIES *Defendant* | ) | |

**MOTION TO WITHDRAW**

Now comes Robert S. Parker, Esquire, David J. Strachman, Esquire and McIntyre, Tate & Lynch, LLP and hereby move this Honorable Court for an Order allowing them to withdraw as counsel for the Defendant, Dubois Marine Specialties, Inc. For grounds, movants hereby incorporate by reference the accompanying memorandum of law and affidavit.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
8/23/06

Robert S. Parker, Esquire #3152

David J. Strachman, Esquire #4404
*McIntyre, Tate & Lynch, LLP*
321 South Main Street, Suite 400
Providence, Rhode Island 02903
(401) 351-7700
Fax: (401) 331-6095
***Attorneys for Defendant***