UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES, Defendant | : | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The Plaintiff, American Biophysics Corp. ("Plaintiff"), respectfully moves this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling the Defendant, Dubois Marine Specialties' ("Defendant"), to serve and file responses to Interrogatories and Request for Production of Documents and Things. As grounds therefor, Plaintiff states that it served Interrogatories and a Request for Production of Documents and Things upon the Defendant on May 18, 2006. By Stipulation filed June 25, 2006, Plaintiff agreed that Defendant would have up to and including July 15, 2006 within which Defendant may respond to these discovery requests. To date, Defendant has not responded to same, although the time for responding, as extended, has expired. Plaintiff has timely responded to all discovery requests propounded to it by Defendant. Plaintiff respectfully requests a twenty (20) day Order.

AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: September 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Dubois Marine Specialties
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada

/s/ Justin T. Shay

G:\cmc\AmericanBio\Dubois\pldgs\mocompeldiscovery.doc