UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff, | : | |
| v. | : | CA 05-321 T |
| DUBOIS MARINE SPECIALTIES, A/K/A DUBOIS MOTOR SPORTS, Defendant. | : | |

**ORDER**
**GRANTING MOTION TO COMPEL**

This matter came before the Court for hearing on November 1, 2006, on Plaintiff's Motion to Compel Discovery (Document ("Doc.") #23) ("Motion"). No objection to the Motion has been filed, and no one has appeared for Defendant. Accordingly, the Motion is GRANTED. Defendant shall serve and file responses to Plaintiff's Interrogatories and Request for Production of Documents and Things within twenty (20) days of the date of this Order.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 1, 2006

BY ORDER:

Martha Saucier
Deputy Clerk