UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES, Defendant | : | |

**PLAINTIFF'S MOTION TO ENLARGE TIME**

Now comes the Plaintiff, American Biophysics Corp. ("Plaintiff"), and pursuant to *Fed. R. Civ. P.* 6 and Paragraph 1 of this Honorable Court's Scheduling Order - Non-Jury Case of March 22, 2006 (the "Scheduling Order"), moves to enlarge the closure date for discovery to and including February 15, 2007. Plaintiff further moves that all other dates set forth in the Scheduling Order, such as the filing of dispositive motions, be enlarged as well. The closure date is presently November 15, 2006. As grounds therefor, Plaintiff states:

1. Plaintiff served Interrogatories and a Request for Production of Documents and Things upon the Defendant, Dubois Marine Specialties ("Defendant"), on May 18, 2006.

2. By Stipulation filed June 25, 2006, Plaintiff agreed that Defendant would have up to and including July 15, 2006 within which Defendant may respond to these discovery requests. Defendant did not respond within the extended time period as agreed.[1]

3. On August 23, 2006, this Court granted the motion of counsel for the Defendant to withdraw in this mater.

---

[1] It should be noted that the Defendant has filed a Counterclaim seeking affirmative relief in this action as well.

4. On September 18, 2006, Plaintiff filed its motion pursuant to Rule 37 to compel discovery responses from Defendant (the "Motion to Compel"). On October 6, 2006, the Motion to Compel was referred to Magistrate Judge Martin for determination.

5. On November 1, 2006, after hearing, Magistrate Judge Martin granted Plaintiff's Motion to Compel and entered a twenty day Order with discovery responses due on or before November 21, 2006.

6. To date, no discovery responses have been received from the Defendant. Plaintiff has responded to all discovery requests served upon it.

7. Plaintiff anticipates it may be required to file additional motions to enforce Defendant's compliance with its discovery requests. Plaintiff also anticipates that depositions may be necessary following the receipt of answers to interrogatories and documents requested.

8. As the Defendant is a foreign national located in Canada, additional time will be necessary to arrange for scheduling and travel with respect to these depositions.

9. The closure date for discovery and related matters has not expired as of the date of this Motion.

WHEREFORE, Plaintiff, American Biophysics Corp., prays this Honorable Court enlarge the time for closure of discovery to and including February 15, 2007, and that all other dates, as set forth in the Scheduling Order, be enlarged accordingly.

AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: November 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Dubois Marine Specialties
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada

/s/ Justin T. Shay

G:\cmc\AmericanBio\Dubois\pldgs\moenlargetime.doc