UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES, Defendant | : | |

**PLAINTIFF'S MOTION FOR CONDITIONAL ORDER OF DEFAULT AND DISMISSAL**

The Plaintiff, American Biophysics Corp. ("Plaintiff"), respectfully moves this Honorable Court, pursuant to Rule 37 (b)(2)(C) and (D) of the Federal Rules of Civil Procedure, for an Order of Conditional Default and Conditional Dismissal of Counterclaim against the Defendant, Dubois Marine Specialties ("Defendant"), for failure to obey this Court's Order of November 1, 2006 ordering Defendant to serve and file responses to Interrogatories and Request for Production of Documents and Things. As grounds therefor, Plaintiff states:

1. On May 18, 2006, Plaintiff served Interrogatories and a Request for Production of Documents and Things upon the Defendant.

2. By Stipulation filed June 25, 2006, Plaintiff agreed that Defendant would have up to and including July 15, 2006 within which Defendant may respond to these discovery requests. Defendant failed to respond to these discovery requests within the time extended by agreement.

3. On September 18, 2006, Plaintiff filed its motion pursuant to Rule 37 to compel discovery responses from Defendant (the "Motion to Compel"). On October 6, 2006, the Motion to Compel was referred to Magistrate Judge Martin for determination.

Granted [illegible] 12/29/06

4. On November 1, 2006, after hearing, Magistrate Judge Martin granted Plaintiff's Motion to Compel and entered a twenty day Order with discovery responses due on or before November 21, 2006.

5. No discovery responses have been received from the Defendant as of the date of this Motion, despite the prior Order of this Court. Plaintiff has responded to all discovery requests served upon it.

WHEREFORE, Plaintiff, American Biophysics Corp., prays this Honorable Court enter a twenty day conditional Order of Default of Defendant as to Plaintiff's Complaint and a twenty day conditional Order of Dismissal as to Defendant Dubois Marine Specialties' Counterclaim pursuant to Rule 37 (b)(2)(C) and (D) of the *Federal Rules of Civil Procedure* for failure to provide responses to discovery requests, as previously ordered on November 1, 2006.

AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: November 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Dubois Marine Specialties
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada

/s/ Justin T. Shay

G:\cms\AmericanBio\Dubois\pldgs\mocondhionalorderdefdismissal.doc