UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONATHAN N. SAVAGE,<br>Permanent Receiver of American<br>Biophysics Corp.,<br>Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES LTD.,<br>d/b/a Dubois Motor Sport The Yamaha<br>Power Store,<br>Defendant | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, ENTRY OF JUDGMENT AND JUDGMENT OF DISMISSAL OF COUNTERCLAIM**

The Plaintiff, Jonathan N. Savage, Permanent Receiver of American Biophysics Corp. ("Plaintiff"), respectfully moves this Honorable Court, pursuant to Rule 37 (b)(2)(C) of the Federal Rules of Civil Procedure, for Entry of Default, Entry of Judgment by Default and Judgment of Dismissal of Counterclaim against the Defendant, Dubois Marine Specialties Ltd., d/b/a Dubois Motor Sport The Yamaha Power Store ("Defendant"), for failure to serve and file responses to Interrogatories and Request for Production of Documents and Things. As grounds therefor, Plaintiff states:

1. On May 18, 2006, Plaintiff served Interrogatories and a Request for Production of Documents and Things upon the Defendant.

2. By Stipulation filed June 25, 2006, Plaintiff agreed that Defendant would have up to and including July 15, 2006 within which Defendant may respond to these discovery requests. Defendant failed to respond to these discovery requests within the time extended by agreement.

3. On September 18, 2006, Plaintiff filed its motion pursuant to Rule 37 to compel discovery responses from Defendant (the "Motion to Compel"). On October 6, 2006, the Motion to Compel was referred to Magistrate Judge Martin for determination.

4. On November 1, 2006, after hearing, Magistrate Judge Martin granted Plaintiff's Motion to Compel and entered a twenty-day Order with discovery responses due on or before November 21, 2006.

5. On November 27, 2006, Plaintiff filed its Motion for Conditional Order of Default and Dismissal for failure of the Defendant to obey the twenty-day Order of Magistrate Judge Martin.

6. On December 29, 2006, this Honorable Court granted Plaintiff's Motion for Conditional Order of Default and Dismissal. A twenty-day conditional order of default and dismissal was entered as prayed.

7. No discovery responses have been received from the Defendant as of the date of this Motion, despite the prior Orders of this Court. Plaintiff has responded to all discovery requests served upon it by Defendant.

WHEREFORE, Plaintiff, Jonathan N. Savage, Permanent Receiver of American Biophysics Corp., prays this Honorable Court enter Default against Defendant, Judgment as to Plaintiff's Complaint, and Judgment of Dismissal as to Defendant, Dubois Marine Specialties Ltd.'s Counterclaim pursuant to Rule 37 (b)(2)(C) of the *Federal Rules of Civil Procedure* for failure to provide responses to discovery requests, as previously ordered by this Court. In support thereof, Plaintiff files the Affidavit of Joseph J. White, Jr. in proof of its claim.

JONATHAN M. SAVAGE, Permanent Receiver of AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: February 13, 2007

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 55**

I hereby certify that on this 13th day of February, 2007, a true copy of the within was sent, via first-class mail, postage prepaid, and by registered mail, to the following:

Dubois Marine Specialties Ltd.
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada
R1A2A8

Counsel further certifies that this is the last known address for Defendant, Dubois Marine Specialties Ltd.

/s/ Justin T. Shay

G:\cmc\AmericanBio\Dubois\pldgs-02-07\moentrydefault.doc