UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONATHAN N. SAVAGE,<br>Permanent Receiver of American<br>Biophysics Corp.,<br>Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES LTD.,<br>d/b/a Dubois Motor Sport The Yamaha<br>Power Store,<br>Defendant | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff, Jonathan N. Savage, Permanent Receiver of American Biophysics Corp. (the "Receiver"), and pursuant to Rule 15 (a) moves this Honorable Court for leave to amend his Complaint in the manner and form filed herewith. In support thereof, the Receiver files the attached Memorandum of Law.

JONATHAN M. SAVAGE, Permanent Receiver of
AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: February 13, 2007

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 55**

I hereby certify that on this 13th day of February, 2007, a true copy of the within was sent, via first-class mail, postage prepaid, and by registered mail, to the following:

Dubois Marine Specialties Ltd.
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada
R1A2A8

Counsel further certifies that this is the last known address for Defendant, Dubois Marine Specialties Ltd.

/s/ Justin T. Shay

G:\cmc\AmericanBio\Dubois\pldgs-02-07\moamend.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONATHAN N. SAVAGE,<br>Permanent Receiver of American<br>Biophysics Corp.,<br>Plaintiff | : | |
| v. | : | C.A. No. 05-321T |
| DUBOIS MARINE SPECIALTIES LTD.,<br>d/b/a Dubois Motor Sport The Yamaha<br>Power Store,<br>Defendant | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Jonathan N. Savage, Permanent Receiver of American Biophysics Corp. (the "Receiver"), moves this Honorable Court to amend the Complaint in this action. The proposed amendments to the existing Complaint consist of substitution of the Receiver as party Plaintiff in this action, identification of the Defendant by its correct corporate name per Canadian corporation records, and an update as to the sums claimed. No new theories of law or causes of action are asserted in the proposed Amended Complaint.

Rule 15 (a) of the *Federal Rules of Civil Procedure* provides:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. *Otherwise a party may amend the party's pleading only by leave of court* or by written consent of the adverse party; *and leave shall be freely given when justice so requires.* A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

(*Emphasis supplied*). Here, the Amended Complaint contains nominal changes only from the original filing. Accordingly, it is respectfully prayed that the Motion to Amend the Complaint be granted.

JONATHAN M. SAVAGE, Permanent Receiver of
AMERICAN BIOPHYSICS CORP.,

By Its Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: February 13, 2007

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 55**

I hereby certify that on this 13th day of February, 2007, a true copy of the within was sent, via first-class mail, postage prepaid, and by registered mail, to the following:

Dubois Marine Specialties Ltd.
8184 Henderson Highway North
Box 5
Group 314
RR #3
Selkirk Manitoba, Canada
R1A2A8

Counsel further certifies that this is the last known address for Defendant, Dubois Marine Specialties Ltd.

/s/ Justin T. Shay

G:\cmc\AmericanBio\Dubois\pldgs-02-07\memomoamend.doc