**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JONATHAN N. SAVAGE,
Permanent Receiver of American
Biophysics Corp., Plaintiff

v. C.A. No. 05-321T

DUBOIS MARINE SPECIALTIES LTD.,
d/b/a Dubois Motor Sport The Yamaha
Power Store, Defendant

**ORDER**

The motion by Jonathan N. Savage, Permanent Receiver of American Biophysics Corp., for Entry of Default and Entry of Judgment by Default is hereby granted. The counterclaim of defendant Dubois Marine Specialties Ltd. d/b/a Dubois Motor Sport The Yamaha Power Store is dismissed.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Senior Judge Ernest C. Torres
Date: 3/9/07