**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JONATHAN N. SAVAGE,
PERMANENT RECEIVER OF
AMERICAN BIOPHYSICS CORP.,
Plaintiff,

v. C.A. No. 05-321T

DUBOIS MARINE SPECIALTIES LTD.,
d/b/a DUBOIS MOTOR SPORT
THE YAMAHA STORE,
Defendants.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the March 9th, 2007 Order of this Court, judgment hereby enters for the Plaintiff Jonathan N. Savage as permanent receiver for American Biophysics Corp. in the amount of $250,967.83, which includes interest accrued up to March 12th, 2007, against defendant Dubois Marine Specialties Ltd. Interest will continue to accrue at the rate of $256.99 per day.

Enter:

Deputy Clerk

Dated: March 12th, 2007